IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMETRIC WILLAIMS**                                                                  **PLAINTIFF**

v.                                    **4:21-cv-000952-JM-JJV**

**TISH JHONSON, Administrator,**
**Dallas County Jail,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Joe J. Volpe. Plaintiff has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

IT IS THEREFORE ORDERED that:

The Complaint (Doc. No. 2) is DISMISSED without prejudice due to a lack of prosecution. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE