IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMETRIC WILLAIMS**                                        **PLAINTIFF**

v.                                  **4:21-cv-000952-JM**

**TISH JHONSON, Administrator,**
**Dallas County Jail,** *et al.*                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered on this day, the Complaint is DISMISSED without prejudice, and this case is CLOSED. All relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE